AO 91 (Rev. 11/11) Criminal Complaint  AUSA Hanna Helwig (312) 469-6314

FILED
9/15/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NUMBER: 1:25-cr-00571 |
| v. | **UNDER SEAL** |
| MARCO ANTONIO GERONIMO-OCAMPO | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about April 28, 2022, at Chicago, Illinois, in the Northern District of Illinois, Eastern Division, the defendant violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a) | reentry of removed alien, by being present and found in the United States after having been previously removed |

This criminal complaint is based upon these facts:

  X   Continued on the attached sheet.

*Luis A Vargas-Alvarado*
LUIS VARGAS-ALVARADO
Senior Inspector, United States Marshals Service

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: September 15, 2025

*Judge's signature*

City and state: Chicago, Illinois

Jeffrey T. Gilbert, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## AFFIDAVIT

I, LUIS VARGAS-ALVARADO, being duly sworn, state as follows:

1. I am a Senior Inspector with the United States Marshals Service, and have been so employed for seven years. I am currently assigned to the Great Lakes Regional Fugitive Task Force where I am responsible for conducting criminal investigations and apprehending fugitives. I have engaged in numerous investigations involving fugitive apprehension and have received training in the area of fugitive apprehension. I am a Criminal Investigator of the United States within the meaning of Title 28, United States Code, Section 566 (e)(1)(B) and CFR 0.111(a); that is, an officer of the United States who is employed to investigate such fugitive matters, both within and outside the United States, as directed by the Attorney General. I have completed the Criminal Investigator Training Program at the Federal Law Enforcement Training Center and have received training, and I am certified in such areas such as legal aspects and duties regarding search and seizure as a Federal Law Enforcement Officer.

2. I submit this affidavit in support of a criminal complaint alleging that MARCO ANTONIO GERONIMO-OCAMPO has violated Title 8, United States Code, Section 1326(a), Reentry of Removed Alien, by being present and found in the United States after having previously been removed and is subject to the enhanced penalty provision set forth in Title 8, United States Code, Section 1326(b)(1) because the

defendant was previously removed following a felony conviction. Because I submit this affidavit for the limited purpose of establishing probable cause to support a criminal complaint charging MARCO ANTONIO GERONIMO-OCAMPO with illegal reentry, I have not included each and every fact known to me concerning this investigation. I have set forth facts that I believe establish that MARCO ANTONIO GERONIMO-OCAMPO committed the offense stated in the complaint.

3. This affidavit is based on my personal knowledge, information provided to me by other law enforcement agents and officers and by other persons identified in this affidavit, and my review of records maintained by the Department of Homeland Security ("DHS") and other government agencies.

4. According to DHS records, MARCO ANTONIO GERONIMO-OCAMPO is a native and citizen of Mexico and has no claim to United States citizenship or lawful residence.

5. DHS records reflect that on or about November 1, 2017, MARCO ANTONIO GERONIMO-OCAMPO was ordered removed from the United States to Mexico by an Immigration Judge in Chicago, Illinois. DHS records also reflect that on or about April 27, 2018, MARCO ANTONIO GERONIMO-OCAMPO was removed from the United States.

6. Records from the United States District Court for the Southern District of Texas reflect that on or about September 14, 2018, MARCO ANTONIO GERONIMO-OCAMPO was convicted of illegal re-entry and was sentenced to time served on or about April 18, 2019.

7. According to DHS records, on or about April 22, 2019, MARCO ANTONIO GERONIMO-OCAMPO was again removed from the United States.

8. DHS records reflect that MARCO ANTONIO GERONIMO-OCAMPO has not applied for or received permission from the Secretary of the Department of Homeland Security to re-enter the United States.

9. According to DHS records, MARCO ANTONIO GERONIMO-OCAMPO's birthdate is April XX, 1985.[1]

10. According to records from the Circuit Court of Cook County, on or about April 28, 2022, MARCO ANTONIO GERONIMO-OCAMPO, by and through his attorneys, filed a petition in a custody-related matter. In the petition, MARCO ANTONIO GERONIMO-OCAMPO stated that he currently resided in Chicago, Illinois and provided a birthdate that matched the birthdate for MARCO ANTONIO GERONIMO-OCAMPO as reflected in DHS records.

11. On or about October 12, 2024, MARCO ANTONIO GERONIMO-OCAMPO was encountered by the Chicago Police Department at 300 N. Lower Michigan Avenue in Chicago, Illinois. According to body-worn camera footage from the encounter, GERONIMO-OCAMPO confirmed that he had previously been deported, stated that his full name was Marco Antonio Geronimo, and provided a birthdate that matched the birthdate for MARCO ANTONIO GERONIMO-OCAMPO as reflected in DHS records. A comparison of the photograph from DHS records of the

---

[1] DHS records contain GERONIMO-OCAMPO's full date of birth, but it has been redacted throughout this complaint for privacy.

MARCO ANTONIO GERONIMO-OCAMPO removed from the United States on or about April 22, 2019 and the Marco Antonio Geronimo depicted in the body-worn camera footage from October 12, 2024 reveals they are the same individual. According to the body-worn camera footage, MARCO ANTONIO GERONIMO-OCAMPO also informed the officers that he worked at a nearby restaurant (hereinafter, "Restaurant A").

12. According to records from Restaurant A's payroll company, an Anthony Geronimo worked at Restaurant A from approximately June 21, 2023 through October 20, 2024.[2] Specifically, the payroll records reflect that Anthony Geronimo worked at Restaurant A on October 12, 2024 from approximately 3:56 p.m. to 10:25 p.m. According to reports from the Chicago Police Department, officers encountered GERONIMO-OCAMPO at approximately 3:06 p.m. on October 12, 2024.

13. Beginning in January 2025 through approximately August 2025, a public Facebook profile for an Anthony Geronimo who lives in Chicago, Illinois posted about cars available for sale at AutoBank located at 2310 N. Cicero in Chicago, Illinois.

14. Based on physical surveillance conducted by law enforcement officers on March 24, 2025, an adult male, who was identified as MARCO ANTONIO GERONIMO-OCAMPO based on a visual comparison to the photograph from DHS

---

[2] The payroll records reflect that Anthony Geronimo provided a birthdate that was exactly five years after the birthdate for MARCO ANTONIO GERONIMO-OCAMPO as reflected in DHS records.

4

records of the individual removed from the United States on or about April 22, 2019, was observed at the Autobank located at 2310 N. Cicero Avenue in Chicago, Illinois.

15. Based on the foregoing, I respectfully submit that there is probable cause to believe that on or about April 28, 2022 at Chicago, Illinois, in the Northern District of Illinois, Eastern Division, MARCO ANTONIO GERONIMO-OCAMPO, being an alien who was last removed from the United States on or about April 22, 2019, was found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security, for reapplication for admission into the United States, in violation of Title 8, United States Code, Section 1326(a); and Title 6, United States Code, Section 202(4).

FURTHER AFFIANT SAYETH NOT.

*Luis A Vargas-Alvarado*
LUIS VARGAS-ÁLVARADO
Senior Inspector, United States Marshals Service

SWORN TO AND AFFIRMED by telephone September 15, 2025.

Honorable Jeffrey T. Gilbert
United States Magistrate Judge

5